(Republished)

■ · ARANOW, BRODSKY, BOHLINGER, BENETAR, EINHORN & DANN, Respondent, v. ISAAC SILVERMAN, Appellant.— Judgment, Supreme Court, New York County entered on February 2, 1972, unanimously affirmed, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. The order of this court entered on October 31, 1972, is vacated. No opinion. [40 A D 2d 759]    Concur — Stevens, P. J., Markewich, Kupferman, Murphy and Capozzoli, JJ.

(November 16, 1972)

■    In the Matter of BANKERS TRUST COMPANY, Petitioner, v. FINANCE ADMINISTRATION OF THE CITY OF NEW YORK et al., Respondents.— Determinations of the respondent, dated May 20, 1971, unanimously confirmed on the authority of *Matter of Bank of Manhattan Co. (Murphy)* (293 N. Y. 515, affg. 267 App. Div. 456). Respondents shall recover of petitioner $60 costs and disbursements of this proceeding.    No opinion.    Concur — Markewich, J. P., Kupferman, Murphy, Steuer and Eager, JJ.

■    BARI-JAY FASHIONS, INC., Appellant, *v.* JANINE ORIGINALS, INC., et al., Respondents.— Order, Supreme Court, New York County, entered June 16, 1972, denying plaintiff's motion to hold defendants in default and to order an inquest, unanimously modified, on the law, on the facts and in the exercise of discretion, to the extent of providing that as a condition to the denial of plaintiff's motion and the grant to defendants of leave to serve an answer, the defendants pay to plaintiff the sum of $150 in costs within 20 days after the entry of the order herein, and, as so modified, the order is affirmed, without costs and without disbursements. Under the circumstances of this case, while Special Term properly denied plaintiff's motion to hold defendants in default, we believe that the denial of the motion and permitting defendants to answer should have been conditioned upon terms as indicated above.    Concur — Markewich, J. P., Kupferman, McNally, Steuer and Eager, JJ.

■    In the Matter of BLANCHE HERMELE, Respondent-Appellant, v. STADIA REALTY CORP. et al., Respondents-Appellants.— Order, Supreme Court, Bronx County, entered October 12, 1971, confirming the report of a Special Referee, unanimously affirmed. Petitioner-respondent-appellant shall recover of respondents-appellants $60 costs and disbursements of these cross appeals. In affirming, we find it unnecessary to reach the question raised by the petitioner-respondent on the cross-appeal.    Concur — Stevens, P. J., McGivern, Markewich, Murphy and Eager, JJ.